UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. FERRARI, | No. 2:13-cv-1849 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 6.

On December 24, 2013, this court dismissed plaintiff's original complaint with leave to file an amended complaint within 28 days. ECF No. 9. Thereafter plaintiff requested two lengthy extensions of time within which to comply with the court's order. On February 5, 2014, the court granted plaintiff's request for a 60-day extension of time, ECF No. 13, and on April 16, 2014, the court granted plaintiff's request for a 90-day extension of time, ECF No. 15. In the last order, the court stated as follows, id. at 2:

> The court will grant plaintiff a final extension of time . . . . No further extension of time will be granted. Should plaintiff fail to file an amended complaint within the time provided by this order, this action will be dismissed.

1  Six months have passed since expiration of the court's last extension of time; plaintiff has
2  neither filed an amended complaint nor otherwise communicated with this court.
3  Accordingly, for good cause shown, IT IS HEREBY ORDERED that this action is
4  dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of
5  Court is directed to close this case.
6  DATED: January 29, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE